| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5700 |
| 6 | Attorney for Defendant |
| | LUIS GERARDO ARELLANO-CARRIZOSA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00245 DAD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| LUIS GERARDO ARELLANO-CARRIZOSA, | Date: May 26, 2020<br>Time: 10:00 a.m.<br>Judge: Honorable Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, March 30, 2020 at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, May 26, 2020 at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of defense counsel, who is awaiting approval from the State Department for travel to Mexico for mitigation investigation which defense counsel believes is necessary for sentencing. Defense counsel and a defense investigator have applied for official travel to multiple locations in the country of Mexico to meet with witnesses and family members, and to gather records in support of anticipated sentencing arguments. Defense counsel has been advised that it can take as much as six (6) weeks to receive approval for travel abroad, and therefore is unable to schedule travel

prior to March 20, 2020. As of the date of this stipulation, the travel and investigation is scheduled for March 20-28, 2020, subject to the necessary authorizations.

The parties agree that a sentencing date of May 26, 2020 will allow sufficient time for the investigation to conclude and for defense counsel to make use of the product of the investigation, as well as to provide a copy of any information to be used at sentencing to the government and the probation officer charged with the preparation of the presentence report. Accordingly, a continuance to May 26, 2020 is requested by the parties.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: February 15, 2020            */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            LUIS GERARDO ARELLANO-CARRIZOSA


                                            MCGREGOR SCOTT
                                            United States Attorney

DATED: February 15, 2020            */s/ Angela Scott*
                                            ANGELA SCOTT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, March 30, 2020, before the Honorable Dale A. Drozd, be continued to Tuesday, May 26, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **February 18, 2020**                                  
                                                    UNITED STATES DISTRICT JUDGE