HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5700

Attorney for Defendant
LUIS GERARDO ARELLANO-CARRIZOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS GERARDO ARELLANO-CARRIZOSA,<br><br>Defendant. | Case No.  1:18-cr-00245 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON**<br><br>Date:   September 14, 2020<br>Time:  10:00 a.m.<br>Judge: Honorable Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, May 26, 2020, at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, September 14, 2020, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of defense counsel, who is forestalled in plans to travel to Mexico for mitigation investigation which defense counsel believes is necessary for sentencing.  Defense counsel and a defense investigator have already received approval and official travel documents from the state department for travel to multiple locations in the country of Mexico to meet with witnesses and family members, and to gather records in support of anticipated sentencing arguments.  The defense investigation team was scheduled to depart for Mexico on March 20, 2020, however due to the safety measures taken in response to the COVID-19 pandemic, travel has been postponed.  Defense counsel has

1  been advised that travel may resume and will be approved in short order as soon as the safety
2  risks associated with travel by airplane and overnight stays in hotels due to the coronavirus are
3  alleviated.  As of the date of this stipulation, no travel is yet being authorized.  Defense counsel
4  anticipates travel may be approved in the month of July, and for that reason a continuance to
5  September 14, 2020, is requested.

6  The parties agree that a sentencing date of September 14, 2020, will allow sufficient time
7  for the investigation to conclude and for defense counsel to make use of the product of the
8  investigation, as well as to provide a copy of any information to be used at sentencing to the
9  government and the probation officer charged with the preparation of the presentence report.
10 Accordingly, a continuance to September 14, 2020, is requested by the parties.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: April 16, 2020          */s/ Megan T. Hopkins*
                               MEGAN T. HOPKINS
                               Assistant Federal Defender
                               Attorney for Defendant
                               LUIS GERARDO ARELLANO-CARRIZOSA


MCGREGOR SCOTT
United States Attorney


DATED: April 16, 2020          */s/ Angela Scott*
                               ANGELA SCOTT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, May 26, 2020, before the Honorable Dale A. Drozd, be continued to Monday, September 14, 2020, at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:   **April 16, 2020**  

_____
UNITED STATES DISTRICT JUDGE