HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5700

Attorney for Defendant
LUIS GERARDO ARELLANO-CARRIZOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00245 DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| LUIS GERARDO ARELLANO-CARRIZOSA, | Date: January 25, 2021<br>Time: 10:00 a.m.<br>Judge: Honorable Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, November 9, 2020, at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, January 25, 2021, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of the defendant, who requests to be sentenced at an in-person hearing at a time when the COVID-19 pandemic is under control and an in-person hearing may safety proceed.  Additionally, the defense investigation team requires additional time to plan and execute a modified mitigation investigation plan, given that necessary travel to Mexico to interview witnesses and family members is not feasible at this time.

The parties agree that a sentencing date of January 25, 2021, will allow sufficient time for

1  the investigation to conclude and for defense counsel to make use of the product of the
2  investigation, as well as to provide a copy of any information to be used at sentencing to the
3  government and the probation officer charged with the preparation of the presentence report. A
4  date in January may also provide for the availability of an in-person hearing under safe
5  conditions, where the parties and the defendant may be personally present for the hearing.
6  Accordingly, a continuance to January 25, 2021, is requested by the parties.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: October 20, 2020            */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LUIS GERARDO ARELLANO-CARRIZOSA

                                        MCGREGOR SCOTT
                                        United States Attorney

DATED: October 20, 2020            */s/ Angela Scott*
                                        ANGELA SCOTT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

    GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, November 9, 2020, before the Honorable Dale A. Drozd, be continued to Monday, January 25, 2021, at 10:00 a.m.

IT IS SO ORDERED.

    Dated:  **October 20, 2020**                                    
                                                                UNITED STATES DISTRICT JUDGE