HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5700

Attorney for Defendant
LUIS GERARDO ARELLANO-CARRIZOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00245 DAD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| LUIS GERARDO ARELLANO-CARRIZOSA, | Date:   April 26, 2021<br>Time:  10:00 a.m.<br>Judge: Honorable Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, January 25, 2021, at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, April 26, 2021, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing at the request of the defendant, who requests to be sentenced at an in-person hearing at a time when the COVID-19 pandemic is under control and an in-person hearing may safely proceed.  Additionally, the defense investigation team requires additional time to execute a modified mitigation investigation plan, given that in-person interviews, particularly with witnesses outside of the United States, is not feasible at this time.

The parties agree that a sentencing date of April 26, 2021, will allow sufficient time for

the ongoing investigation as well as to provide for the availability of an in-person hearing under safe conditions, where the parties and the defendant may be personally present for the hearing. Accordingly, a continuance to April 26, 2021, is requested by the parties.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: December 15, 2020        /s/ Megan T. Hopkins
                                MEGAN T. HOPKINS
                                Assistant Federal Defender
                                Attorney for Defendant
                                LUIS GERARDO ARELLANO-CARRIZOSA


                                MCGREGOR SCOTT
                                United States Attorney


DATED: December 15, 2020        /s/ Angela Scott
                                ANGELA SCOTT
                                Assistant U.S. Attorney
                                Attorney for Plaintiff



**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, January 25, 2020, before the Honorable Dale A. Drozd, be continued to Monday, April 26, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 15, 2020**        _____
                                     UNITED STATES DISTRICT JUDGE