HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5700

Attorney for Defendant
LUIS GERARDO ARELLANO-CARRIZOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS GERARDO ARELLANO-CARRIZOSA,<br><br>Defendant, | Case No. 1:18-cr-00245 DAD<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON**<br><br>Date: July 19, 2021<br>Time: 10:00 a.m.<br>Judge: Honorable Dale A. Drozd |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Tuesday, April 27, 2021, at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, July 19, 2021, at 10:00 a.m.

The parties have agreed to continue the sentencing hearing given that Mr. Arellano-Carrizosa requests to be sentenced at an in-person hearing at a time when the COVID-19 pandemic is under control and an in-person hearing may safely proceed. Additionally, the defense investigation team requires additional time to execute a modified mitigation investigation plan, in light of the ongoing health and safety concerns for defense investigators presented by the pandemic.

The parties agree that a sentencing date of July 19, 2021, will allow sufficient time for the ongoing investigation as well as to provide for the availability of an in-person hearing under safe conditions, where the parties and the defendant may be personally present for the hearing. Accordingly, a continuance to July 19, 2021, is requested by the parties.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: April 8, 2021                           */s/ Megan T. Hopkins*
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                LUIS GERARDO ARELLANO-CARRIZOSA

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

DATED: April 8, 2021                           */s/ Angela Scott*
                                                ANGELA SCOTT
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Tuesday, April 27, 2021, before the Honorable Dale A. Drozd, be continued to Monday, July 19, 2021, at 10:00 a.m.

IT IS SO ORDERED.

    Dated: __**April 8, 2021**__                                      /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE